**Marian WAGNER, Appellant,**

v.

**Joseph O'HARA, Director of Division of Family Services, Respondent.**

**No. WD 37630.**

Missouri Court of Appeals, Western District.

July 15, 1986.

Roger M. Driskill and Stanley M. Thompson, Richmond, for appellant.

Mark W. Kiesewetter, Jefferson City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from order of employment termination issued by the Missouri Personnel Advisory Board.

Judgment affirmed. Rule 84.16(b).